1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY ANTHONY BOBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 03-5054 OWW |
|---|---|
| Plaintiff, | ) **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) |
| RAY ANTHONY BOBO, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 16, 2008.

On November 3, 2003, this Court sentenced Mr. Bobo to a term of imprisonment of 70 months. The parties agree, and the Court finds, that Mr. Bobo is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 23.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 60 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

1  Unless otherwise ordered, Mr. Bobo shall report to the United
2  States Probation office closest to the release destination within
3  seventy-two hours after his release.
4  IT IS SO ORDERED.
5  **Dated:  April 17, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE